UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NORMAN JEFFERY WATSON,

    Plaintiff,

v.                                                    Case No: 8:15-cv-2566-T-36MAP

POLK COUNTY SHERIFF OFFICE,
CIERRA ANGELICA TANN, DAVID
CRANOR and MICHAEL AULT,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on January 28, 2016 (Doc. 18). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Plaintiff's motion to proceed *in forma pauperis* be DENIED; and that all claims in the Plaintiff's amended complaint be dismissed pursuant to 28 U.S.C. §1915. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 18) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**

(3)    Plaintiff's Amended Complaint (Doc. 14) is **DISMISSED**.

(4)    The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on February 18, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record

2